UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PUBLIC PENSION FUND GROUP, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:08-CV-1859 (CEJ) |
| KV PHARMACEUTICAL COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the unopposed motion of defendant KV Pharmaceutical Company for leave to file a memorandum in support of its motion to dismiss in excess of fifteen (15) pages, but not to exceed thirty-one (31) pages, [Doc. #101] is **granted**.

**IT IS FURTHER ORDERED** that the unopposed motion of defendant KV Pharmaceutical Company for leave to file a memorandum in support of its motion to dismiss in excess of fifteen (15) pages, but not to exceed forty (40) pages, [Doc. #82] is **denied as moot**.

**IT IS FURTHER ORDERED** that lead plaintiff's unopposed motion to file one consolidated memorandum in opposition to defendants' motions to dismiss with a cumulative page limit equal to the total number of pages contained in the memoranda filed by all defendants [Doc. #83] is **granted**.

**IT IS FURTHER ORDERED** that the unopposed motion of defendant Marc S. Hermelin for leave to file a memorandum in support of his motion to dismiss in excess of fifteen (15) pages, but not to exceed forty (40) pages, [Doc. #87] is **granted**.

**IT IS FURTHER ORDERED** that the unopposed motion of defendant Rita Bleser (1) for an extension of time until **August 3, 2009**, to file a motion to dismiss in response to lead plaintiff's consolidated amended complaint; and (2) for leave to file a memorandum in support of her motion to dismiss in excess of fifteen (15) pages, but not to exceed forty (40) pages, [Doc. #88] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July, 2009.