UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PUBLIC PENSION FUND GROUP, et al. ) | |
| ) | CASE NO. 4:08-CV-1859 (CEJ) |
| Plaintiffs, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| KV PHARMACEUTICAL COMPANY, et al. ) | CLASS ACTION |
| ) | |
| Defendants. ) | |
| ) | |

**LEAD PLAINTIFFS' MOTION
PURSUANT TO RULE 59(e) AND RULE 60(b)(2) FOR RELIEF FROM THE
<u>ORDER OF DISMISSAL TO AMEND THE PLEADINGS PURSUANT TO RULE 15</u>**

COME NOW the Court-appointed Lead Plaintiffs, the Norfolk County Retirement System and the State-Boston Retirement System (collectively, "Lead Plaintiffs") and hereby move pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)(2) to vacate the Memorandum and Order (Dkt. No. 117) and Order of Dismissal (Dkt. No. 118), entered on February 22, 2010, and also to amend the pleadings pursuant to Rule 15.  A Memorandum of Law in support of this Motion is filed contemporaneously herewith.

WHEREFORE, Lead Plaintiffs respectfully request that the Court sustain their motion, vacate the Memorandum and Order and Order of Dismissal and grant them leave to amend the pleadings.

Dated: March 18, 2010

Respectfully submitted,

/s/  Javier Bleichmar_____
Christopher J. Keller
Javier Bleichmar
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Lead Counsel*
*On Behalf Of Lead Plaintiffs*

Ted R. Osburn, #50689
Jason G. Crowell, #85931
Michael D. Murphy, # 12684
OSBURN, HINE, YATES
      & MURPHY, L.L.C.
3071 Lexington Ave.
Cape Girardeau, Missouri 63701
Telephone: 573-651-9000
Facsimile: 573-651-9090

*Liaison Counsel*
*On Behalf of Lead Plaintiffs*