UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PUBLIC PENSION FUND GROUP, et al. ) | |
| ) | CASE NO. 4:08-CV-1859 (CEJ) |
| Plaintiffs, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| KV PHARMACEUTICAL COMPANY, et al. ) | CLASS ACTION |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Public Pension Fund Group, the Court-appointed Lead Plaintiffs in the above-named case, hereby appeal the Memorandum and Order and Order of Dismissal entered by the Court on February 22, 2010 as Docket Nos. 117 and 118, respectively, to the United States Court of Appeals for the Eighth Circuit.

Dated: March 18, 2010                        Respectfully Submitted,

By: _/s/___Javier Bleichmar_____

Christopher J. Keller
Javier Bleichmar
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Lead Counsel On Behalf Of Lead Plaintiffs*

Ted R. Osburn, #50689
Jason G. Crowell, #85931
Michael D. Murphy, # 12684
OSBURN, HINE, YATES & MURPHY, L.L.C.
3071 Lexington Ave.
Cape Girardeau, Missouri 63701
Telephone: 573-651-9000
Facsimile: 573-651-9090
*Liaison Counsel On Behalf of Lead Plaintiffs*
